1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTOINE BARNES,                              No.  2:23-cv-0820-TLN-KJN

12                   Petitioner,

13         v.                                      **ORDER**

14    WARDEN LYNCH,

15                   Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On July 25, 2023, the magistrate judge filed findings and recommendations herein which

21    were served on Petitioner, and which contained notice to Petitioner that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Petitioner did not file

23    objections to the findings and recommendations.

24         The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26    *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27    the file, the Court finds the findings and recommendations to be supported by the record and by

28    the magistrate judge's analysis.

                                                 1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 25, 2023 (ECF No. 11) are ADOPTED IN FULL;

2. Petitioner's amended application for a writ of habeas corpus is DISMISSED for failure to exhaust;

3. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of Court is directed to close this case.

Date: September 7, 2023

Troy L. Nunley
United States District Judge

2